U.S. District Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KETTLEBAND JR.,<br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | 3:19-cv-05172-RAJ<br><br><br><br>~~PROPOSED~~ ORDER FOR ATTORNEY FEES |

The Court finds and orders an attorney fee of $13,219.39 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), PO Box 14490, Portland, OR 97293. The attorney fee of $3,860.33 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 30th day of June, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge